UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------- x

PETER MALASZUK,

                Plaintiff,    :    Case No.: 3:14-CV-00908-RNC

    - vs. -

SYNAMON MANAGEMENT GROUP, LLC,
RAJARATNAM and ASHA PABLA,

                Defendants.    :    JANUARY 23, 2015

------------------------------------- x

## STATUS REPORT OF THE PARTIES

The Parties respectfully submit the following Status Report pursuant to the Court's October 22, 2014 Scheduling Order Regarding Case Management Plan ("Scheduling Order"):

A. There are no motions pending or anticipated at this time. The Parties are not aware of any circumstances potentially interfering with the Parties' compliance with the Scheduling Order. The parties have completed their initial disclosures and are in the process of exchanging documents. A substantial amount of documents have already been exchanged. The Parties are waiting for the conclusion of the February 4, 2015 Settlement Conference prior to commencing depositions. Therefore, document and deposition discovery remains to be completed.

B. The Parties have already agreed to a settlement conference before Magistrate Judge Donna F. Martinez, which is scheduled to take place on February 4, 2015.

C. The parties do not consent to a trial before a Magistrate Judge.

D. The parties anticipate that the trial of this matter would take approximately two weeks.

Dated: January 23, 2015

1

Respectfully submitted,

| TACOPINA & SEIGEL | IVEY, BARNUM & O'MARA, LLC |
|---|---|
| By: /s/<br>Joseph Tacopina, Esq.<br>Matthew G. DeOreo, Esq.<br>*Attorneys for Plaintiff*<br>275 Madison Ave., Fl. 35<br>New York, New York 10016<br>Tel: (212) 227-8877<br>Fax: (212) 619-1028<br>mdeoreo@tacopinalaw.com | By: /s/<br>Stephen G. Walko, Esq.<br>*Attorneys for Defendants*<br>170 Mason Street<br>Greenwich, CT 06830<br>Tel:   203-661-6000<br>Fax:  203-661-9462<br>swalko@ibolaw.com |