```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

PETER MALASZUK

       Plaintiff,                  :
                                   :
V.                                 :   CASE NO. 3:14CV908 (RNC)
                                   :
SYNAMON MANAGEMENT GROUP, LLC,     :
ET AL.,                            :
                                   :
       Defendants.                 :
```

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before April 28, 2015.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before April 28, 2015.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b). So ordered.

Dated at Hartford, Connecticut this 27th day of March 2015.

　　　　　　　　　　　　　　　　　　　　　/s/ RNC
　　　　　　　　　　　　　　　　　　　Robert N. Chatigny
　　　　　　　　　　　　　　　　　United States District Judge