UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETER MALASZUK,                                  :    Civil Action No. 14-CV-00908-RNC
                                                 :
                          Plaintiff,             :    **STIPULATION AND ORDER OF**
                                                 :    **DISMISSAL WITH PREJUDICE**
              -against-                          :
                                                 :
SYNAMON MANAGEMENT GROUP, LLC,                   :
RAJ RAJARATNAM, and ASHA PABLA                   :
                                                 :
                          Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

Defendants, through their undersigned counsel, that the above-captioned action and any and all

claims that were or could have been asserted in this action are hereby dismissed in their entirety

with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Dated: New York, New York                        Dated: Greenwich, Connecticut
        May 12, 2015                                      May 12, 2015

TACOPINA & SEIGEL                                 IVEY, BARNUM & O'MARA, LLC

_____                  _____
By Matthew G. DeOreo, Esq.                        By Stephen G. Walko, Esq.
Attorneys for Plaintiff                           Attorneys for Defendants
275 Madison Avenue, FL 35                         170 Mason Street
New York, New York 10016                          Greenwich, CT 06830
Tel: 212.227.8877                                 Tel: 203-661-6000
Fax: 212.619.1028                                 Fax: 203-661-9462

SO ORDERED:

_____
Hon. Robert N. Chatigny

1